**Gladys Woodward, Administrator of the Estate of Alfred B. Woodward, Deceased, Plaintiff-Appellant, v. Gale Spangler, Defendant-Appellee.**

**Gen. No. 62–M–7. (Abstract of Decision.)**

Fourth District.
July 6, 1962.

W. Harris, of Marion (Robert Butler, of counsel), for appellant; Wham & Wham, of Centralia, for appellee. Opinion by PRESIDING JUSTICE SCHEINEMAN. Not to be published in full.